✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JEAN KIDD,
    Plaintiff,

**TRIAL EXHIBIT LIST**

V.

ALEX JACKSON,
    Defendant.    CASE NUMBER: 10-CV-4112 SRN/SER

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Susan Richard Nelson | John Klassen, Andrew Muller, Thomas Conley | Timothy Skarda, Andrea Naef |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| December 18 – December 20, 2012 | Heather Schuetz | Lynn Holden |

| PLF. NO. | DEF. NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| 6 | | | 12/19/12 | Kidd Performance Appraisal dated June 18, 2009 (Redacted) |
| 9 | | | 12/18/12 | Letter to Kidd from Jackson dated June 30, 2009 |
| 10 | | | 12/19/12 | TMT Minutes July 1, 2009 |
| | 2 | | 12/18/12 | 360 Degree Feedback Survey 2009 |
| | 3 | | 12/18/12 | 360 Degree Feedback Report 2009 |
| | 5 | | 12/18/12 | Pages 180-183 of Jean Kidd personnel file |
| | 15 | | 12/19/12 | SF1455 |
| | 16 | | 12/19/12 | Charter Chapter 6 |
| | 32 | | 12/19/12 | Minn. Stat. 356.215 |
| | | | | |
| JOINT | 1 | | 12/19/12 | Back pay/Front pay calculations |
| JOINT | 2 | | 12/19/12 | Declaration of Accountant and PERA table calculation of lost pension benefits |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size