✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jean Kidd,

        Plaintiff,

  V.

Alex Jackson,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:  10-CV-4112 SRN/SER

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is entered in favor of plaintiff.  Plaintiff shall recover $421,324.00 from defendant.

January 11, 2013
Date

RICHARD D. SLETTEN, CLERK

s/ Lynn Holden

(By)        Lynn Holden,    Deputy Clerk

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge