**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jean Kidd,

                                                              Civil No. 10-4112 SRN/SER

                    Plaintiff,

v.                                                                    **ORDER**

Alex Jackson,

                    Defendant.

_____

        This matter is before the Court on Plaintiff's Notice of Intent to Seek Attorneys' Fees and

Costs [Docket No. 103] requesting that the Court enter an order setting a briefing schedule and

hearing for the presentation of her motion for attorney's fees and costs.

        Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED**

**THAT**:

    1.    Plaintiff shall file and serve her motion and supporting memorandum of law and
          affidavits on or before February 19, 2013.

    2.    Defendant shall file and serve his response on or before March 5, 2013.

    3.    The Court will hold a hearing on this matter in Courtroom 7B at the United States
          Courthouse, 316 Robert Street North, St Paul, Minnesota on Thursday, March 26,
          2013 at 9:30 a.m.

Dated:  January 16, 2013                      s/Susan Richard Nelson
                                              SUSAN RICHARD NELSON
                                              United States District Judge